# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                  Case No. 3:18-CR-113-04

                                      District Judge Thomas M. Rose

ROGER A. BRASSFIELD,

    Defendant.

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION
## OF SUPERVISED RELEASE AND IMPOSING SENTENCE

    Pursuant to the record set forth in open court on July 6, 2021, the Defendant appeared with Counsel and entered an admission to Violation #1 as alleged by the U.S. Probation Department in an amended petition filed June 17, 2021. Government moved to dismiss Violations #2-5 to which the Court GRANTED. The Court accepted the admission finding the Defendant had violated the conditions of his supervised release as alleged and proceeded immediately to sentencing. The Court ORDERED:

    The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of seven (7) months to run concurrently to an undischarged state sentence in Case No. 2021CR00153, Montgomery County, Ohio. The sentence imposed in this case will not be followed by any period of supervision.

    The Court recommends to the United States Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated on said offense.

    The Defendant was explained his rights of appeal and he indicated an understanding of the same.

IT IS SO ORDERED.

Date: July 6, 2021

                                                                    THOMAS M. ROSE, JUDGE
                                                                    UNITED STATES DISTRICT COURT